UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SANJUANA B. BUTLER, ET AL | CIVIL ACTION NO. 12-cv-1838 |
| VERSUS | JUDGE HICKS |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Doc. 8) is **denied**.

**IT IS FURTHER ORDERED** that all claims against LSU Health Sciences Center are **dismissed without prejudice** and all claims against ABC Insurance Co. And Berlex Laboratories are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 20th day March, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE